# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D20-573

———————————————————

LEVERT STEWART,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

September 29, 2020

PER CURIAM.

   AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Levert Stewart, pro se, Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.